IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| JAMES LEO HEATLEY, | : | Case No. 3:23-cv-00331 |
| Plaintiff, | : | District Judge Michael J. Newman |
| vs. | : | Magistrate Judge Caroline H. Gentry |
| KIMBERLY LAPOLE, *et al.*, | : | |
| Defendants. | : | |

# ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). This Court previously entered a Notice of Deficiency and Order directing Defendants Kimberly Lapole and Peter Hendricks to file a diversity disclosure statement as required by that Rule. (Doc. No. 32.) Defendants thereafter submitted a Disclosure of Diversity Statement but listed only "United States Citizen" as the citizenship of each Defendant. (Doc. No. 36.)

Federal Rule of Civil Procedure 7.1(a)(2) provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must file a disclosure statement that identifies the name and citizenship of every individual or entity whose citizenship is attributed to that party or intervenor. Fed. R. Civ. P. 7.1.(a)(2) (emphasis added). Pursuant to the requirements for diversity jurisdiction that are set forth in 28 U.S.C. § 1332, Defendants are required to disclose their State citizenship.

The Court therefore **ORDERS** Defendants to file a corrected diversity disclosure statement **within seven days from the date of this Order**. The Court also reminds Defendants of their obligation to promptly file a supplemental diversity disclosure statement if any required information changes. Fed. R. Civ. P. 7.1(b)(2).

**IT IS SO ORDERED.**

      *s/ Caroline H. Gentry*
      Caroline H. Gentry
      United States Magistrate Judge