UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JAMES LEO HEATLEY,

    Plaintiff,

vs.

KIMBERLY LAPOLE, *et al.*,

    Defendants

Case No. 3:23-cv-331

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.
(settlement)

## ORDER CONDITIONALLY DISMISSING THIS CASE

The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that either party may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

**IT IS SO ORDERED.**

February 11, 2025

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge